IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: DOMINIC ALLEN                                CASE NO: 4:16-bk-14326 J
                                                              Chapter 13

## CHAPTER 13 ORDER REVOKING
## PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month. It appears to the court that other arrangements have been made.

IT IS ORDERED that the Chapter 13 Order to Pay Trustee previously entered directing

RETIF OIL & FUEL LLC
ATTN PAYROLL
3850 N WILKE RD
ARLINGTON HEIGHTS, IL  60004

to withhold sums of money from the pay of the debtor should be, and hereby is, revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee.

Date: 02/23/2022                                    /s/ PHYLLIS M. JONES
                                                    Phyllis M. Jones, Bankruptcy Judge

cc:  DOMINIC ALLEN
     TRINIDY ALLEN - U.S.P.S.
     MATTHEW D MENTGEN (ACH) - Electronic
     JACK W GOODING - Electronic