| Fill in this information to identify the case: | |
|---|---|
| Debtor 1: | DOMINIC ALLEN |
| Debtor 2:<br>(Spouse, If filing) | TRINIDY ALLEN |
| United States Bankruptcy Court for the Eastern and Western Districts of Arkansas | |
| Case number: | 4:16-bk-14326 J |

FORM 4100N

# NOTICE OF FINAL CURE PAYMENT

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## Part 1:  Mortgage Information

Name of Creditor: ARVEST BANK

Court Claim Number: 4

Account Number: 5042

Trustee's Claim Number: 1

Property Address:   190 Skunk Hollow Rd
Conway, AR 72032-9010

## Part 2:  Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 69.63 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 69.63 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by trustee: | (d) | $ 0.00 |
| e. Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. Allowed postpetition arrearage paid by the trustee:   + | (f) | $ 0.00 |
| g. Total. Add lines b, d, and f. | (g) | $ 69.63 |

## Part 3:  Postpetition Mortgage Payment

Mortgage is paid through the trustee.

Current monthly mortgage payment: $1,463.47

The next postpetition payment is due on:   03/01/2022

Debtor 1:  DOMINIC ALLEN                                                          Case number:  4:16-bk-14326 J

**Part 4:**  **A Response is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, Jack W Gooding, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of this response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the creditor. Payment history may be broken down into pre-petition; ongoing post-petition payments and supplemental post-petition payments.

/s/ Jack W Gooding                                              Date: 02/28/2022

Jack W Gooding
Standing Chapter 13 Trustee
P O Box 8202
Little Rock  Ar  72221

(501) 537-4400                                                   Email:  info@ark13.com


### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the debtor's attorney through Notice of Electronic Filing (ECF) and to other parties listed below by ordinary U.S. Mail on this date, February 28, 2022.

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee
P O Box 8202
Little Rock  Ar  72221

(501) 537-4400

DOMINIC ALLEN
TRINIDY ALLEN
190 Skunk Hollow Rd
Conway, AR 72032-9010

MATTHEW D MENTGEN (ACH)
Electronically by ECF

ARVEST BANK
P O BOX 399 (BANKRUPTCY ACCT)
LOWELL, AR 72745